UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LINWOOD TRADING LTD., | Civil Action No. 14-6332 |
| *Plaintiff*, | |
| v. | |
| ES ELECTRONIC & METAL MANAGEMENT, INC., et al., | ORDER |
| *Defendant*. | |

This matter having come before the Court by way of Plaintiff's motion for default judgment [Dkt. No. 9] and Defendants' motion to vacate default and to dismiss the complaint [Dkt. No. 11];

and the parties having appeared for oral argument on July 28, 2015;

and for the reasons set forth on the record on that date,

IT IS on this 28th day of July, 2015,

ORDERED that default is **VACATED**; and it is further

ORDERED that Plaintiff's motion for default judgment is **DENIED**; and it is further

ORDERED that Defendants' motion to dismiss is **DENIED WITHOUT PREJUDICE**; and it is further

ORDERED that Plaintiff shall file an amended complaint by **August 4, 2015**; and it is further

ORDERED that the parties shall serve no more than 20 single-part interrogatories and/or document requests on the issue of personal jurisdiction by **August 12, 2015**; and it is further

ORDERED that responses to these written discovery requests shall be served by **September 14, 2015**; and it is further

ORDERED that any discovery disputes shall be raised before Judge Wettre by way of letter brief; and it is further

ORDERED that Defendants' renewed motion to dismiss and/or motion to transfer shall be filed by **November 15, 2015.**

                                                 */s Madeline Cox Arleo*
                                                 **Hon. Madeline Cox Arleo**
                                                 **United States District Judge**