# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| **LINWOOD TRADING LTD.,** <br> **d/b/a TMG METAL** <br><br> *Plaintiff,* <br><br> v. <br><br> **ES ELECTRICAL & METAL** <br> **MANAGEMENT, INC., et al.,** <br><br> *Defendants.* | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Civil Action No. 14-6332 (MCA) <br><br><br> **ORDER** |

**THIS MATTER** having been opened by the Court sua sponte based on Defendants' multiple failures to comply with this Court's orders; and it appearing that Defendants have failed to respond to the Court's January 12, 2016 Order to Show Cause why their Answer should not be stricken and default entered against them, Dkt. No. 39; and it appearing that the Honorable Leda Dunn Wettre issued a Report and Recommendation dated April 13, 2016 in which Judge Wettre recommended that Defendants' Answer be stricken and default be entered against all named Defendants, Dkt. No. 43; and

it appearing that neither Defendants nor Plaintiff have filed any objections to the Report and Recommendation; and

it appearing that for the reasons set forth in Judge Wettre's Report and Recommendation

**IT IS** on this 4th day of May, 2016,

**ORDERED** that Judge Wettre's Report and Recommendation dated April 13, 2016, is **ADOPTED**; and it is further

2

**ORDERED** that Defendants' Answer is hereby stricken pursuant to Fed. R. Civ. P. 37(b)(2); and it is further

**ORDERED** that Clerk's entry of default be entered against Defendants pursuant to Fed. R. Civ. P. 55(a); and it is further

**ORDERED** that Plaintiff is directed to move for default judgment against Defendants by May 30, 2016 or this case will be closed.

<u>*/s Madeline Cox Arleo*</u>
**Hon. Madeline Cox Arleo**
**United States District Judge**